

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-86,058-05

**EX PARTE CHRISTOPHER SCOTT, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1461037-A IN THE 179TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of aggravated sexual assault of a child and sentenced to thirty years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction on October 10, 2017, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. The habeas application was received here on November 15, 2019.

The trial court entered an order designating issues on November 6, 2017. However, there are no findings from the trial court resolving the disputed factual issues. The application is remanded to the trial court to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law resolving the disputed factual issues.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: December 18, 2019

Do not publish